UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAYS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN DERRAL ADAMS,<br><br>    Respondent. | 1:06-CV-0990 AWI WMW (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #14) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 18, 2007, petitioner filed a motion to extend time to file Opposition to Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Opposition to Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   June 20, 2007**              /s/  **William M. Wunderlich**
                                                                                    UNITED STATES MAGISTRATE JUDGE