IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAYS, | 1:06-cv-00990 WMW (HC) |
| Petitioner, | |
| vs. | SECOND ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| WARDEN DERRAL ADAMS, | |
| Respondent. | (DOCUMENT #17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 23, 2007, petitioner filed a motion to extend time to file opposition to Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file opposition to Motion to Dismiss .

IT IS SO ORDERED.

Dated:   August 20, 2007              /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE