# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAYS, | 1: 06 CV 00990 AWI WMW HC |
| Petitioner, | ORDER GRANTING MOTION TO SUPPLEMENT HIS OPPOSITION TO MOTION TO DISMISS |
| v. | [Doc. 20] |
| WARDEN DERRAL ADAMS, | |
| Respondent. | |

   Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254.  On September 26, 2007, Petitioner filed a motion for leave to supplement his opposition to Respondent's motion to dismiss.  Good cause appearing, Petitioner's motion is HEREBY GRANTED.  The court will consider the supplement to Petitioner's opposition.

IT IS SO ORDERED.

**Dated:     November 7, 2007**              _____/s/  **William M. Wunderlich**_____
                                                             UNITED STATES MAGISTRATE JUDGE